UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------ X
DOLORES BIGUS and RAYMOND BIGUS,   :   06 CV 1462 (ARR)

                       Plaintiffs,   :   NOT FOR ELECTRONIC
                                             :   OR PRINT
    -against-   :   PUBLICATION

MARRIOTT HOTEL SERVICES, INC.,   :   ORDER

                       Defendant.   :
------------------------------------------------------------------ X

ROSS, United States District Judge:

      On May 17, 2006, counsel for defendant Marriot Hotel Services filed a letter with the court, requesting a pre-motion conference to discuss his client's intention to file a motion to transfer venue. Plaintiffs' counsel filed a letter in response rejecting defendant's argument. In lieu of conducting a pre-motion conference, with the parties' consent, the court orders the following briefing schedule: defendant must serve its motion to dismiss and supporting papers on or before June 16, 2006; plaintiffs must serve their opposition papers on or before June 30, 2006; and defendant must serve its reply, if any, on or before July 10, 2006.

      SO ORDERED.

                                                      Allyne R. Ross
                                                      United States District Judge

Dated: June 6, 2006
       Brooklyn, New York

SERVICE LIST:

<u>Counsel for Plaintiffs</u>
Michael Aaron Rose
Hach & Rose
185 Madison Avenue, 8th Floor
New York, NY 10016

<u>Counsel for Defendant</u>
William Goldman Scher
Garbarini and Scher, P.C.
432 Park Avenue South
New York, NY 10016-8013

2